# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:
TIMOTHY P. GERMAIN
VIRGINIA ANN GERMAIN

CASE NO:  04-02253-5-ATS
CHAPTER 13

## REPORT OF UNCLAIMED DIVIDENDS

    The undersigned Chapter 13 Trustee, having concluded administration of the estate referenced above, respectfully reports unto the Court,

    1.  That checks were issued to the creditor listed below in payment of dividends due in the distribution of the estate, and that one or more of said checks have been returned to the undersigned as unclaimed dividends or have not been negotiated, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| THE EDUCATIONAL RESOURCES INST<br>ATTN:  MANAGER OR REG. AGENT<br>31 SAINT JAMES AVE.<br>BOSTON, MA 02116-4118 | $36.41 |

    2.  That, if such dividend check(s) were returned as a result of an insufficient or incorrect mailing address or if the checks were not negotiated, the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor listed below, and that all efforts have been unsuccessful;

    **WHEREFORE**, the undersigned Trustee desires to pay to the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:  August 26, 2009

*/s/ John F. Logan*
John F. Logan
Chapter 13 Trustee